[919 NE2d 179, 891 NYS2d 8]

In the Matter of ANTHONY ETTARI, Respondent, v BRIAN FISCHER, as Commissioner of Correctional Services, et al., Appellants.

Decided November 23, 2009

### APPEARANCES OF COUNSEL

*Andrew M. Cuomo, Attorney General*, Albany (*Kathleen M. Arnold, Barbara D. Underwood* and *Denise A. Hartman* of counsel), for appellants.

*Anthony Ettari*, respondent pro se.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, without costs, and petition dismissed (*see People ex rel. Gill v Greene*, 12 NY3d 1 [2009]).

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.